ROBERT J. WIERENGA (SBN 183687)
  e-mail: rwierenga@schiffhardin.com
JACOB K. DANZIGER (SBN 278219)
  e-mail: jdanziger@schiffhardin.com
SCHIFF HARDIN LLP
350 S. Main Street, Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1500
Facsimile: (734) 222-1501

Attorneys for Defendant
FORD MOTOR COMPANY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| KELLY VINCENT, an individual; and JENNI VINCENT, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, A Delaware Corporation,<br><br>Defendant. | **Case No.: 2:18-cv-01328-AB-FFM**<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE [18]** |

- 1 -

Based on the Parties' joint stipulation pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES OF CIVIL PROCEDURE and good cause appearing, the Court **GRANTS** the joint stipulation. Accordingly, the Court **DISMISSES** with prejudice the Complaint as to all parties and claims. The Clerk of the Court shall terminate the case.

**IT IS SO ORDERED**

Dated: July 2, 2019

_____
André Birotte Jr.
United States District Judge